

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00201-CV

| | | |
|---|---|---|
| BROOKFIELD FUNDING, LLC, AND VISTA POINTE FUNDING, LLC, Appellants | § | On Appeal from County Court at Law |
| | § | No. 2 |
| V. | § | of Denton County (CV-2024-03979) |
| | § | December 11, 2025 |
| RAMEY & KING INSURANCE ASSOCIATES, INC., Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's default judgment. It is ordered that the default judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Ramey & King Insurance Associates, Inc. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker